FILED

05/10/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0062

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0062

_____

IN RE THE PARENTING OF E.C.F. AND E.H.F.

ELIZABETH FARNHAM,

     Petitioner and Appellee,

                                    O R D E R

v.

ERIK FARNHAM,

     Respondent and Appellant.

_____

Appellee Erik Farnham, via counsel, has moved for an extension of time to file his Opening Brief in this matter, pursuant to M. R. App. P. 26(1). He alleges he requires more time to file his brief because he has not yet received a transcript of the District Court proceedings. He further asserts that Appellee Elizabeth Farnham does not object to his motion for extension.

Under M. R. App. P. 13(1), an appellant shall serve and file the opening brief within 30 days after the date on which the record is filed. M. R. App. P. 8(1) provides that the composition of the record on appeal consists of "the original papers and exhibits filed in the district court, the transcript of proceedings, if any, and a certified copy of the docket entries prepared by the clerk of the district court[.]"

In this case, Farnham filed the Notice of Appeal (NOA) on February 1, 2024. Within the NOA, he indicated that he had ordered all necessary transcripts from the court reporter contemporaneously with the filing of the NOA.

On March 12, 2024, the District Court transmitted the original papers and exhibits and a certified copy of the docket entries. On that same date, the Clerk of the Supreme Court sent a Notice of Filing to the parties, advising them that the Clerk had received and filed the District Court record, noting, "As received the record consists of DC

Record/Exhibits Filed for Cause DR 32-17-0712 electronic documents consisting of 1-192, exhibits, sealed documents and Case Register." The Clerk further advised the parties, "NOTE: If the above-described record constitutes the complete record on appeal, the Appellant's opening brief is due 30 days from March 12, 2024." To date, no further portions of the record, including transcripts, have been filed.

Because the record on appeal is not yet complete, the time for submission of Appellant's Opening Brief has not begun to run under M. R. App. P. 13(1). However, M. R. App. P. 9(1) provides that the record on appeal, including any transcripts, shall be submitted to this Court within 40 days after the filing of the NOA. In this case, the transcripts were due on March 12, 2024. Under M. R. App. P. 9(4), Appellant had the duty to move for an extension of time, in the manner prescribed by that Rule, for the transcripts. Appellant has failed to do so. Thus, although the time for has not begun to run, Appellant must nonetheless comply with the Appellate Rules and seek any necessary extensions of time for transmittal of the record on appeal.

IT IS THEREFORE ORDERED that the motion for extension of time is DENIED.

IT IS FURTHER ORDERED that Appellant Erik Farnham shall move for extension of time to file transcripts within five days of the date of this Order.

The Clerk shall serve a copy of this Order upon all parties of record, the District Court, and the court reporter.

2

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 10 2024